565 A.2d 442

**G.A. & F.C. WAGMAN, INC.**

v.

**COMMONWEALTH of Pennsylvania, The PENNSYLVANIA TURNPIKE COMMISSION, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1989.

Decided Oct. 31, 1989.

Reargument Denied March 5, 1990.

Jacqueline M. Verney, Harrisburg, for appellant.

Richard A. Rubin and S. David Fineman, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## *ORDER*

PER CURIAM:

Orders of the Commonwealth Court, entered

1. September 11, 1989, preliminarily enjoining

(a) the opening and/or announcing of rebids on the Blue Route interchange construction project; and

(b) the awarding of contracts on said rebids; and

2. September 18, 1989,

(a) decreeing that the appeal of the Pennsylvania Turnpike Commission shall not operate as an automatic supersedeas; and

(b) reaffirming the preliminary injunction ordered September 11, 1989,

are hereby vacated for lack of standing of appellee G.A. and F.C. Wagman, Inc.